```
                    UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF WISCONSIN
                          MILWAUKEE DIVISION
_____

UNITED STATES OF AMERICA,       )
                                )
                    Plaintiff,  )   Case No. 25-MJ-397
                                )
      v.                        )   Milwaukee, WI
                                )
HANNAH C. DUGAN,                )   April 25, 2025
                                )   10:32 a.m.
                    Defendant.  )
_____

                  TRANSCRIPT OF INITIAL APPEARANCE
               BEFORE THE HONORABLE STEPHEN C. DRIES
                   UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the Plaintiff
UNITED STATES OF AMERICA:        United States Dept. of Justice
                                 (ED-WI)
                                 By:  MS. KELLY BROWN WATZKA
                                      MR. KEITH S. ALEXANDER
                                 Office of the US Attorney
                                 517 E. Wisconsin Ave., Rm. 530
                                 Milwaukee, WI  53202
                                 Ph:  414-297-1775
                                 kelly.watzka@usdoj.gov
                                 keith.alexander@usdoj.gov

For the Defendant                Mastantuono Coffee & Thomas, SC
HANNAH DUGAN:                    By:  MR. CRAIG MASTANTUONO
(Present)                        219 N. Milwaukee St., Ste. 520
                                 Milwaukee, WI  53202
                                 Ph:  414-276-8662
                                 cmast@cmrc-law.com


U.S. Official Transcriber:  JENNIFER L. STAKE, RDR, CRR
Proceedings recorded by electronic recording, transcript
produced by computer-aided transcription.
```

| | |
|---|---|
| 1 | TRANSCRIPT OF PROCEEDINGS |
| 2 | (Transcribed from audio recording.) |
| 3 | THE CLERK: 25-MJ-397, United States of America versus |
| 4 | Hannah Dugan, here for an initial appearance on a criminal |
| 5 | complaint. May I have the appearances, please, first for the |
| 6 | Government. |
| 7 | MS. WATZKA: Good morning, your Honor. For the United |
| 8 | States, Assistant United States Attorneys Kelly Watzka and |
| 9 | Keith Alexander. |
| 10 | MS. BEHNKE: Good morning, your Honor. Hannah Behnke |
| 11 | with pretrial services. |
| 12 | MR. MASTANTUONO: Good morning, your Honor. Hannah |
| 13 | Dugan appears in person. Attorney Craig Mastantuono on her |
| 14 | behalf for purposes of this hearing and as friend of the Court |
| 15 | for the time being, Judge. |
| 16 | THE COURT: All right. Good morning to all of you and |
| 17 | welcome. This is an initial appearance on a criminal |
| 18 | complaint. The defendant knows this already, but I'll remind |
| 19 | the defendant that in federal court you have two very important |
| 20 | rights. One is the right to remain silent, and that simply |
| 21 | means no one can force you to talk. But if you do decide to |
| 22 | speak, anything you say may be used against you. You also -- |
| 23 | excuse me -- you also have the right to have a lawyer help you |
| 24 | at all stages of these proceedings. If you can't afford one, |
| 25 | we'll provide one at no charge. |

1  So now I'll ask if one of our prosecutors could briefly go
2  over what's alleged in that complaint.
3         MS. WATZKA:  Certainly, your Honor.  Judge Dugan is
4  charged in a two-count criminal complaint which alleges
5  violations of Title 18 United States Code Section 1071, which
6  is concealing an individual to prevent his discovery and
7  arrest, and a violation of Title 18 United States Code Section
8  1505, which is obstruction of proceedings before departments
9  and agencies.
10    If she were to be convicted of a violation of Section 1071,
11  she would be punishable up to one year in prison.  She would
12  face a $100,000 fine, up to one year of supervised release, and
13  a $25 special assessment.  If she were to be convicted of a
14  violation of Section 1505, that is punishable by up to five
15  years in prison, a $250,000 fine, up to three years of
16  supervised release, and a $100 special assessment.
17         THE COURT:  All right.  Thank you very much.
18    The next question is future court dates.  We need to set
19  this for an arraignment and plea hearing.  Does the Government
20  have an opinion on when that might make sense?
21         MS. WATZKA:  Your Honor, we do intend to present this
22  matter to the grand jury on a date to be determined, which
23  obviously, I may not disclose.  However, if the Court were to
24  schedule a preliminary hearing for either May 15th or 16th, I
25  would imagine we might be able to convert that hearing to an

1    arraignment.
2             THE COURT: All right. If we said 9:00 o'clock on the
3    15th, that's a Thursday, would that work?
4             MS. WATZKA: That's fine with the Government.
5             MR. MASTANTUONO: Yes.
6             THE COURT: All right. We'll call that a preliminary
7    hearing, possibly an arraignment and plea hearing.
8         The last question is what happens with the defendant
9    between now and future court dates. I assume the Government
10   isn't seeking anything unusual here today, but let me ask Ms.
11   Watzka.
12            MS. WATZKA: That's correct, your Honor. We are not
13   seeking detention.
14            THE COURT: All right. And I don't even think it's a
15   detention-eligible case. But I assume we can release the
16   defendant on personal recognizance.
17            MS. WATZKA: We would --
18            THE COURT: Do we need to hear from Ms. Behnke? I
19   don't think so.
20        All right. We'll release the defendant on that basis,
21   then.
22        Anything further from the Government here today?
23            MS. WATZKA: No, your Honor.
24            THE COURT: All right. And from the defense?
25            MR. MASTANTUONO: Judge Dugan wholeheartedly regrets

Initial Appearance
April 25, 2025

1    and protests her arrest.  It was not made in the interests of
2    public safety and we ask that the Court allow her release.
3            THE COURT:  All right.  So the defendant will be
4    released on her own recognizance.
5      And that concludes all matters for this hearing this
6    morning.  Thanks, everyone.
7            (At 10:36 a.m. the hearing ended.)

Case 2:25-cr-00089-LA    Filed 04/28/25    Page 5 of 6    Document 5

5

C E R T I F I C A T E

I, JENNIFER L. STAKE, RDR, CRR, an Official Court Reporter for the United States District Court for the Eastern District of Wisconsin, do hereby certify that the foregoing is a true and correct transcription of the audio file provided in the aforementioned matter to the best of my skill and ability.

Dated this 28th day of April, 2025.
Milwaukee, Wisconsin.

Jennifer L. Stake, RDR, CRR
United States Official Court Reporter
517 East Wisconsin Avenue, Room 324
Milwaukee, WI  53202

Jennifer_Stake@wied.uscourts.gov

ELECTRONICALLY SIGNED BY JENNIFER L. STAKE
Official Court Reporter, RDR, CRR
_____