UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT WI
FILED

2025 MAY 13 P 5:21

CLERK OF COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HANNAH C. DUGAN,

    Defendant.

Case No. 25-CR- **25-CR-089**

ADELMAN

[18 U.S.C. §§ 1071 & 1505]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about April 18, 2025, in the State and Eastern District of Wisconsin,

### HANNAH C. DUGAN

knowingly concealed E.F.R, a person for whose arrest a warrant and process had been issued under the provisions of a law of the United States, so as to prevent the discovery and arrest of E.F.R., after notice and knowledge of the fact that a warrant and process had been issued for the apprehension of E.F.R.

    In violation of Title 18, United States Code, Section 1071.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 18, 2025, in the State and Eastern District of Wisconsin,

### HANNAH C. DUGAN

did corruptly endeavor to influence, obstruct, and impede the due and proper administration of the law under which a pending proceeding was being had before a department and agency of the United States, namely the administrative arrest of E.F.R. for purposes of removal proceedings conducted by the United States Department of Homeland Security, by committing affirmative acts to assist E.F.R. to evade arrest, including:

  a. confronting members of a United States Immigration and Customs Enforcement (ICE) Task Force and falsely telling them they needed a judicial warrant to effectuate the arrest of E.F.R.;

  b. upon learning that they had an administrative warrant for E.F.R.'s arrest, directing all identified members of the ICE Task Force to leave the location of the planned arrest (a public hallway outside of Courtroom 615 of the Milwaukee County Courthouse) and go to the Chief Judge's office;

  c. addressing E.F.R.'s Milwaukee County Circuit Court criminal case off the record while ICE Task Force members were in the Chief Judge's office;

  d. directing E.F.R. and his counsel to exit Courtroom 615 through a non-public jury door; and

  e. advising E.F.R.'s counsel that E.F.R. could appear by "Zoom" for his next court date.

In violation of Title 18, United States Code, Section 1505.

A TRUE BILL:

FOREPERSON
Dated: 5-13-25

_____
RICHARD G. FROHLING
Acting United States Attorney