UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                             Case No. 2:25-Cr-89 LA

HANNAH C. DUGAN,

    Defendant.

NOTICE OF APPEARANCE
FOR DEFENDANT HANNAH C. DUGAN

    PLEASE TAKE NOTICE that Defendant Hannah C. Dugan appears by Attorney Steven M. Biskupic of the law firm Steven Biskupic Law Office, LLC. While this is not a limited appearance, it is a special appearance explicitly preserving from the outset all arguments on behalf of Judge Dugan that this prosecution was and is barred by immunity and also is outside the power of federal courts, other than to dismiss, by reason of the Tenth Amendment to the United States Constitution. Judge Dugan and counsel preserve all other factual and legal defenses, too. Counsel requests that pleadings and other court documents be served on him through the CM/ECF filing system.

    Dated this 14th day of May, 2025.

By: /s/ Steven M. Biskupic
Steven M. Biskupic
SBN 1018217
Steven Biskupic Law Office LLC
P.O. Box 456
Thiensville, WI 53092
bisklaw@outlook.com
414-828-7233