**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

UNITED STATES OF AMERICA,

       Plaintiff,

    v.                          Case No.  Case No. 2:25-Cr-89 LA

HANNAH C. DUGAN,

       Defendant.

---

## DISCLOSURE STATEMENT

---

To assist the Court with inquiries consistent with Criminal Local Rule 12.4, the following information is submitted:

(1) Full Name of Represented Party:  Hannah C. Dugan

(2) Corporation Ownership: Not Applicable

(3) Names of law firms appearing, expected to appear, or who may appear:

      Steven Biskupic Law Office LLC
      Thiensville, WI

      Clement & Murphy, PLLC
      Washington, D.C.

      Strang Bradley, LLC
      Madison, WI

      Gimbel, Reilly, Guerin & Brown, LLP
      Milwaukee, WI

Dated this 14th day of May, 2025.

By: /s/ Steven M. Biskupic
Steven M. Biskupic
SBN 1018217
Steven Biskupic Law Office LLC
P.O. Box 456
Thiensville, WI 53092
bisklaw@outlook.com
414-828-7233