UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                *Plaintiff*,                Case No. 25-cr-089

  vs.

HANNAH C. DUGAN,

                *Defendant*.

_____

**NOTICE OF APPEARANCE OF NICOLE M. MASNICA**
_____

      PLEASE TAKE NOTICE that Nicole M. Masnica of Gimbel, Reilly, Guerin & Brown, LLP appears as counsel for Hon. Hannah C. Dugan in the captioned action. While this is not a limited appearance, it is a special appearance explicitly preserving from the outset all arguments on behalf of Judge Dugan that this prosecution is barred by immunity and also is outside the power of federal courts, other than to dismiss, by reason of the Tenth Amendment to the United States Constitution. Judge Dugan and counsel preserve all other factual and legal defenses, too. Counsel requests that all pleadings and other court documents be served upon her through the CM/ECF filing system.

      Dated at Milwaukee, Wisconsin, this 14th day of May, 2025.

                                  Respectfully submitted,

                                  GIMBEL, REILLY, GUERIN & BROWN LLP

                                  By: *Electronically Signed by Nicole M. Masnica*
                                       NICOLE MASNICA
                                       Wisconsin Bar No. 1079819
                                  Counsel for Hon. Hannah C. Dugan.

POST OFFICE ADDRESS:

330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
Telephone: 414/271-1440