UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

UNITED STATES OF AMERICA,

        *Plaintiff*,　　　　　　　　　　Case No. 25-cr-089

vs.

HANNAH C. DUGAN,

        *Defendant*.

___

## NOTICE OF APPEARANCE OF JASON D. LUCZAK
___

PLEASE TAKE NOTICE that Jason D. Luczak of Gimbel, Reilly, Guerin & Brown, LLP appears as counsel for Hon. Hannah C. Dugan in the captioned action. While this is not a limited appearance, it is a special appearance explicitly preserving from the outset all arguments on behalf of Judge Dugan that this prosecution is barred by immunity and also is outside the power of federal courts, other than to dismiss, by reason of the Tenth Amendment to the United States Constitution. Judge Dugan and counsel preserve all other factual and legal defenses, too. Counsel requests that all pleadings and other court documents be served upon him through the CM/ECF filing system.

Dated at Milwaukee, Wisconsin, this 14th day of May, 2025.

        Respectfully submitted,

        Gimbel, Reilly, Guerin and Brown LLP

        By: *Electronically Signed by Jason D. Luczak*
            JASON D. LUCZAK
            Wisconsin Bar No. 1070883
        Counsel for Hon. Hannah C. Dugan.

POST OFFICE ADDRESS:

330 E Kilbourn Ave, Ste 1170
Milwaukee, WI 53202
414-271-1440