UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *v.*

HANNAH C. DUGAN,                   Case No. 25-CR-00089

    *Defendant.*

---

## NOTICE OF APPEARANCE OF DEAN A. STRANG

---

    PLEASE TAKE NOTICE that Strang Bradley, LLC, by Dean A. Strang, appears as counsel for Hon. Hannah C. Dugan in the above-captioned action. While this is not a limited appearance, it is a special appearance explicitly preserving from the outset all arguments on behalf of Judge Dugan that this prosecution was and is barred by immunity and also is outside the power of federal courts, other than to dismiss, by reason of the Tenth Amendment to the United States Constitution. Judge Dugan and counsel preserve all other factual and legal defenses, too. Counsel requests that pleadings and other court documents be served on him through the CM/ECF filing system.

    Dated at Madison, Wisconsin, May 14, 2025.

                        STRANG BRADLEY, LLC

                        /s/ Dean A. Strang
                        Dean A. Strang
                        Wisconsin Bar No. 1009868
                        *Counsel for Hon. Hannah C. Dugan*

STRANG BRADLEY, LLC
613 Williamson St., Suite 204
Madison, WI  53703
(608) 535-1550
(608) 406-2602          facsimile
Dean@StrangBradley.com