# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **ARRAIGNMENT AND PLEA MINUTES** |
| v. | |
| **HANNAH C. DUGAN** | CASE NUMBER **25-CR-89** |

| | |
|---|---|
| HONORABLE Stephen C. Dries, presiding | Court Reporter: Jennifer Stake |
| Deputy Clerk: Katina Hubacz | Hearing Began: 9:00 AM |
| Hearing Held: May 15, 2025 at 9:00 AM | Hearing Ended: 9:04 AM |

**Appearances:**

UNITED STATES OF AMERICA by: Richard G. Frohling
HANNAH C. DUGAN, in person, and by: Steven M. Biskupic, Jason D. Luczak, Nicole M. Masnica, ☑ RET
U.S. PROBATION OFFICE by: Jesse Sorkness
INTERPRETER: ☑ None ☐ Sworn

☑ Original Indictment  ☐ Superseding Indictment  ☐ Information  ☑ Misdemeanor  ☑ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | July 22, 2025 | District Judge: | Lynn Adelman |
| Plea Deadline: | | Bond Judge: | Stephen C. Dries |
| Final Pretrial Report | | Magistrate Judge: | Nancy Joseph |
| Final Pretrial Conf.: | July 9, 2025 at 10:30 AM | Motions Due: | May 30, 2025 |
| Jury Trial Date: | July 21, 2025 at 8:30 AM | Responses Due: | June 9, 2025 |
| Trial Length Estimate: | 1 week | Replies Due: | June 16, 2025 |

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
  ☐ Indictment read  ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendant  ☐ the court
☑ Expanded discovery policy applies (*See* Order below)
  Discovery available: in process

☑ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
  ☐ Granted  ☐ Denied
  ☐ Referred to Nancy Joseph
☐ Case designated complex
☐ Counsel Only Scheduling Conference:

  before Magistrate Judge Nancy Joseph

Maximum Penalties:
Ct 1: 1 yr IMP, $100,000 fine, 1 yr SR, $25 SA
Ct 2: 5 yrs IMP, $250,000 fine, 3 yrs SR, $100 SA

Govt:
- Pending motion for protective order – will roll out discovery once that's ruled on
- Small number of video excerpts provided yesterday due to agreement amongst the parties

Defense:
- Request waiver of Defendant's appearance at any of the upcoming scheduling matters
- Would like to alert Judge Adelman to the fact that the parties have already discussed jury selection issues and a jury questionnaire that parties would jointly submit to the court

Court:
- Confirms scheduling conferences will be before Judge Joseph and are typically counsel only – any waiver for matters requiring the Defendant's appearance should be addressed to Judge Joseph

☑        Bond continued as previously set

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.