# Instructions for Supplemental Jury Questionnaire

       This questionnaire is designed to obtain information about your background as it relates to your potential service as a juror in this case. We are using it to shorten the jury selection process. The purpose of these questions is to determine whether prospective jurors can decide this case fairly, based solely on the evidence presented at trial and the instructions on the law given by the judge. The parties and the Court have agreed that all information contained in this questionnaire will be kept confidential; to the extent the Court is ever required to release any responses in the questionnaires, your name will not be publicly released.

       You are sworn to give true and complete answers. Please respond to each question. Do not leave any questions blank. In completing this questionnaire, please use the space provided after each question. If you need more space, please use the page provided at the end of the questionnaire, indicating the number of the applicable question. If a question does not apply to you in any way, write "N/A" rather than leaving the form blank.

       Your candor and honesty are necessary so that both the prosecution and the defense will have a meaningful opportunity to select an impartial jury. Your cooperation is of vital importance.

PLEASE PRINT LEGIBLY - PLEASE USE ONLY BLACK OR BLUE INK (NO PENCILS)

# SUPPLEMENTAL JURY QUESTIONNAIRE

**YOUR BACKGROUND**

1.     Can you read and understand English easily?      ❑ Yes   ❑ No

2.     For each person currently living in your residence, please provide the following information

   Relationship to you        Employer and Occupation

   _____

   _____

   _____

   _____

3.     Do you have children who live outside your home?      ❑ Yes ❑ No

   (a)     If yes, please provide the following information about each:

   Highest Level of Education        Occupation/Job

   _____

   _____

   _____

   _____

**EDUCATION**

4.     How far did you go in school, and what was your major and minor field of study if you went to college or graduate school?

   _____

   _____

5. How far did your spouse/partner go in school, and what was their major field of study if they went to college or graduate school?

   _____

   _____

6. Do you or anyone in your immediate family have any education in the fields of law or law enforcement?   ❏ Yes ❏ No

   If yes, please explain: _____

   _____

**EMPLOYMENT**

7. If currently employed, please tell us the name of your employer, how long you have worked there, your job title, and what your job responsibilities are. If you are retired or between jobs, what type of work had you been doing?

   _____

   _____

   _____

8. Do you now, or have you ever, supervised others?   ❏ Yes ❏ No

   (a) If so, please describe the type of work, when, and the number of people supervised:

   _____

   _____

**HOBBIES AND ACTIVITIES**

9. Have you previously or do you currently belong to or support any civic, social, charitable, political, fraternal, professional, business or religious organizations, volunteer groups, or other special interest groups?   ❏ Yes ❏ No

   If yes, please identify the organization and the nature of its activities, your role and how long you were a member:

   _____

_____

_____

    (a) Have you ever held an office or position of leadership in any of these organizations either currently or in the past? ❑ Yes ❑ No

    If yes, please explain: _____

_____

10. Do you listen to any radio talk shows or podcasts? ❑ Yes ❑ No

    If yes, please identify: _____

_____

_____

11. Do you regularly watch any particular television news shows? ❑ Yes ❑ No

    If yes, please identify: _____

_____

12. Which of the following print publications, cable/network programs or channels, online media, websites, or social media platforms do you regularly visit, listen to, or watch?

❑ Local Channels (NBC, ABC, CBS, FOX)     ❑ Christian Broadcasting Network

| | | | |
|---|---|---|---|
| ❑ CNN | ❑ C-SPAN | ❑ Telegram | ❑ Rumble |
| ❑ Fox News | ❑ New York Post | ❑ Tik Tok | ❑ MSNBC/CNBC |
| ❑ Discord | ❑ Reddit | ❑ OAN | ❑ Wall Street Journal |
| ❑ USA Today | ❑ Gab | ❑ Google | ❑ New York Times |
| ❑ Yahoo News | ❑ Facebook | ❑ Truth Social | ❑ Blaze Media |
| ❑ Snapchat | ❑ YouTube | ❑ LinkedIn | ❑ Instagram |
| ❑ The Daily Wire | ❑ Newsmax | | |

Others: _____

13. Please list any stickers, placards, signs, patches, symbols, and other messages that you display at home or on an automobile, motorcycle, bicycle, bag, backpack, laptop computer, water bottle, etc.:

    _____

    _____

**MILITARY SERVICE**

14. Have you or anyone close to you ever served in any branch of the Armed Forces of the United States (including the Military Reserves, National Guard or ROTC)? ❏ Yes ❏ No

    (a) If yes, please tell us who served, in what branch of service, approximate number of years of service and the highest rank achieved:

    _____

    (b) Did you (or they) serve in active combat duty? ❏ Yes ❏ No

    If yes, please tell us who served, in which conflict/war, and where: _____

    _____

    (c) Did you receive any type of specialized training in the military? If so, please describe:

    _____

15. Did you ever participate in a court martial? ❏ Yes ❏ No

    If yes, please describe your role and the charges: _____

    _____

**POLITICS**

16. How would you describe your political views? _____

    _____

    _____

    _____

17. Have you, or someone close to you, ever run for or held a political office in the federal, state, or local government?   ❏ Yes  ❏ No

    (a) If yes, please identify the person, political office, and approximate date: _____
    _____

18. Activities related to political campaigns:

    (a) Have you ever worked or volunteered for a political campaign?  ❏ Yes  ❏ No

    (b) Have you ever attended a campaign rally or event?  ❏ Yes  ❏ No

    (c) Have you participated in any protests, demonstrations, or marches for or against federal immigration enforcement efforts?  ❏ Yes   ❏ No

    If so, please explain: _____

    _____

    _____

    _____

**CRIMINAL JUSTICE / LAW ENFORCEMENT EXPERIENCE**

19. Have you or anyone close to you ever worked for or been associated with: (check all that apply)

    | | | |
    |---|---|---|
    | A prosecutor's office | ❏Yes (self) | ❏Yes (other) |
    | A criminal defense attorney's office | ❏Yes (self) | ❏Yes (other) |
    | Any other lawyer or law office | ❏Yes (self) | ❏Yes (other) |
    | A judge | ❏Yes (self) | ❏Yes (other) |

    If yes, please explain: _____

    _____

20. Have you or anyone close to you ever been employed by, applied for, or planning to apply for work with any area of the judicial system, legal system, law enforcement or security agency, such as the police, sheriff, a prison or jail, DOJ, FBI, DEA, ATF, DHS, Immigration and Customs Enforcement (ICE), Department of Corrections, an investigator, or a private security firm?  ❏ Yes  ❏ No

If yes, please explain (including relationship, agency/company, job title, responsibilities, and approximate dates of employment or affiliation):

_____

_____

_____

_____

21. Do you have any strong feelings for or against the federal government, the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Customs & Border Protection (CBP) FBI, or DEA? ❏ Yes ❏ No

    If so, please explain: _____

    _____

    _____

22. Do you have any strong feelings regarding whether the federal government should be involved in immigration enforcement? ❏ Yes ❏ No

    If so, please explain: _____

    _____

    _____

23. Have you or any of your relatives or close friends ever had any interaction with the FBI, the United States Department of Justice, or the United States Attorney's Office for the Eastern District of Wisconsin? ❏ Yes ❏ No

    If so, what was the nature of the interaction? When did it occur?

    _____

    _____

    _____

    As a result of the interaction, have you formed any opinions about these agencies that might affect your review of the evidence they will present in this case? ❏ Yes ❏ No

    If so, please explain:_____

    _____

    _____

24. Have you or anyone close to you ever been arrested, charged with a crime (other than a minor traffic violation), been the victim of a crime or been a witness to a crime?
❏ Yes   ❏ No

   If yes, please explain (including charge, approximate date, location, and case outcome) and indicate whether that experience would affect your ability to serve as an impartial juror in this case:

   _____

   _____

   _____

   _____

25. Have you or a close family member or close friend ever had an exceptionally good experience involving a law enforcement officer?   ❏ Yes   ❏ No

   If your answer is yes, please describe that experience. If there is more than one exceptionally good experience, please describe each incident: _____

   _____

   _____

26. Have you or a close family member or close friend ever had an exceptionally bad experience involving a law enforcement officer?   ❏ Yes   ❏ No

   If your answer is yes, please describe that experience. If there is more than one exceptionally bad experience, please describe each incident: _____

   _____

   _____

27. Have you or has a close relative or a close friend ever been a party or witness or been affected by federal immigration proceedings? ❏ Yes      ❏ No

   If so, please explain and indicate whether that experience would affect your ability to serve as an impartial juror in this case: _____

   _____

_____

_____

28. A number of witnesses at the trial will be law enforcement officers from either federal, state, or local law enforcement agencies. The Judge will instruct you to consider and evaluate the testimony of law enforcement officers just as you would consider any other witness' testimony. Do you believe that you will be able to follow that instruction?

    ❏ Yes  ❏ No

    If no, please explain: _____

    _____

29. Do you feel that because of any attitudes about, or experiences with law enforcement officers, you would be either more willing or less willing to believe the testimony of a law enforcement officer simply because of his or her status as a law enforcement officer?

    ❏ Yes  ❏ No

    If yes, please explain whether you would be more willing or less willing to believe such a witness and why?

    _____

    _____

**PRIOR JURY SERVICE**

30. Have you ever served as a grand juror or trial juror before?

    ❏ Yes (grand juror)  ❏ Yes (trial juror)  ❏ No

    If yes, complete the following for each jury service:

    Criminal or Civil   Charge or Type of Case   Approx. Date   Did the jury reach a verdict?

    _____

    _____

    _____

    Were you ever the foreperson? ❏ Yes  ❏ No

If you have previously served on a jury, please explain whether you found the experience to be positive or negative and describe your feelings about the process.

_____

_____

_____

31. Do you know any judges, lawyers, court officers, clerks, court reporters, stenographers, parole or probation officers, or anyone else in the court system?  ❏ Yes  ❏ No

    If yes, please describe who you know, where they work, and how well you know them.

    _____

    _____

**CONCLUDING QUESTIONS**

Please remember that you should not discuss this questionnaire or your answers with anyone, including family members, friends, or other prospective jurors. You must not make, or attempt to make, any investigation regarding this case. This includes conducting any internet research or reading any media reports. Thank you for following this directive.

32. The jury is the judge of the facts while the judge decides the law. The judge will instruct the jurors on the law that must be applied to the facts of the case. Are you willing to follow the judge's instructions on the law? If you had opinions on what the law should be and your opinions are different from the judge's instructions, do you think you would refuse, or even hesitate, to follow the instructions? If so, please explain:

    _____

    _____

    _____

33. Do you have any religious, moral, or other beliefs that would prevent you from judging the conduct of another person or that would otherwise prevent you from being a fair and impartial juror in this case?  ❏ Yes  ❏ No

    If so, please explain: _____

    _____

    _____

34. Some people who are called for jury service would like to be chosen to serve on a jury, while others would rather not be chosen. How do you feel?

   ❏ I would like to serve   ❏ I would rather not serve   ❏ I have no opinion

   ❏ Other (Please explain): _____

   _____

35. Can you think of any other matter that I have not asked about that would have some bearing on your qualifications to sit as a juror in this case or that may prevent you from rendering a fair and impartial verdict?  ❏ Yes   ❏ No

   If so, please explain: _____

   _____

   _____


I hereby declare under penalty of perjury that the answers that I provide on the questionnaire are true and complete and no one has assisted me in providing information and responding to questions in this questionnaire.


_____          _____
Signature                                                                                      Date