# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-CR-89 |
| Dugan | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

Proposed Amicus Center for American Rights.

Date: 06/09/2025

/s/ Daniel R. Suhr
*Attorney's signature*

Daniel R. Suhr, Wis. 1056658
*Printed name and bar number*

Center for American Rights
1341 W. Fullerton Ave., Suite 170
Chicago, IL 60614
*Address*

dsuhr@americanrights.org
*E-mail address*

(414) 588-1658
*Telephone number*

*FAX number*