UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff*,<br><br>            v.<br><br>HANNAH C. DUGAN,<br>    *Defendant*. | Case No. 2:25-CR-89 |

## DISCLOSURE STATEMENT OF THE CENTER FOR AMERICAN RIGHTS

The undersigned, counsel of record for Movant Center for American Rights, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1) Movant is the Center for American Rights, a registered d/b/a of the National Center for Justice and Liberty.

2) The amicus is an Illinois non-profit corporation. It issues no stock and has no parent corporation.

3) The Movant is a public-interest law firm represented by one of the attorneys on its staff, Daniel Suhr.

Respectfully submitted,

/s/ Daniel R. Suhr
Daniel R. Suhr
Center for American Rights
1341 W. Fullerton Ave., Suite 170
Chicago, Illinois 60614
dsuhr@americanrights.org
414.588.1658

June 9, 2025