# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

v.                                              **Case No. 25-CR-89**

**HANNAH C. DUGAN**
    **Defendant.**

## SCHEDULING ORDER

**IT IS ORDERED** that the status set for **Wednesday, June 18, 2025, at 11:15 a.m.**, will be held in person in courtroom #390. The court will at this hearing address the trial scheduling issues noted in the government's June 9, 2025 submission. (R. 30 at 2-3.) The court will not address the pending motion to dismiss, which remains referred to the magistrate judge. The defendant's appearance is not required. Fed. R. Crim. P. 43.

Dated at Milwaukee, Wisconsin, this 13th day of June, 2025.

                                        /s/ Lynn Adelman
                                        LYNN ADELMAN
                                        District Judge