UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *v.*    Case No. 25-CR-0089-LA

HANNAH C. DUGAN,

    *Defendant.*

## DECLARATION OF JOHN H. BRADLEY

I, John H. Bradley, declare and state that:

1. I am an attorney with Strang Bradley, LLC and one of the attorneys of record representing the Defendant in the above-captioned case and I make this declaration based on personal knowledge.

2. On June 13, 2025, I called and spoke with one of the jury administrators at the Clerk of Court's office and asked if there was currently any policy in their office regarding the length of supplemental jury questionnaires. I specifically asked whether there was currently any page limit for supplemental jury questionnaires as previously referenced in *United States v. Hamzeh*, 16-CR-21 (E.D. Wis. Aug. 22, 2019) (Pepper, J.), Dkt. No. 242.

3. Shortly after I had the above conversation with one of the jury administrators at the Clerk of Court's office, I received a call back from the jury administrator, who informed me that the Clerk of Court's office does not currently have

any policy related to page limits for supplemental jury questionnaires and that the parameters of any supplemental jury questionnaire are determined by the assigned judge.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 13, 2025         /s/ John H. Bradley
                                   John H. Bradley