# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### Hon. Lynn Adelman, presiding

## COURT MINUTES

| | |
|---|---|
| Date: 6/18/25 | Dep. Clerk: JD |
| Case No. 25-CR-89 | Ct. Rep: Jen |
| United States v. Hannah Dugan | Time Called: 11:15 |
| Proceeding: status | Time Concl: 11:30 |

United States by: Rick Frohling, Kelly Watzka, Keith Alexander
Probation Officer:
Interpreter:
Defendant: by Steve Bispkupic, Nicole Masnica, Jason Luczak

---

Court hears from parties re: 7/21/25 JT date.
Court will resolve motion to dismiss first, then reset the JT date.
Court converts 7/9/25 FPT to status/scheduling conf.