**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**Hon. Lynn Adelman, presiding**

## COURT MINUTES

| | |
|---|---|
| Date: 7/9/25 | Dep. Clerk: JD |
| Case No. 25-CR-89 | Ct. Rep: Sue |
| United States v. Hannah Dugan | Time Called: 10:30 |
| Proceeding: status | Time Concl: 10:35 |

United States by: Rick Frohling, Kelly Watzka, Keith Alexander
Probation Officer:
Interpreter:
Defendant: by Steve Bispkupic, Nicole Masnica, Jason Luczak

---

Defense will file objections to the recommendation by 7/17/25, government will respond in 14 days.
Court will set a status after it issues a ruling.
Court excludes time under STA until objections are filed.