**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**Hon. Lynn Adelman, presiding**

## COURT MINUTES

| | |
|---|---|
| Date: 9/3/25 | Dep. Clerk: JD |
| Case No. 25-CR-89 | Ct. Rep: Jen |
| United States v. Hannah Dugan | Time Called: 11:02 |
| Proceeding: status | Time Concl: 11:11 |

United States by: Rick Frohling, Kelly Watzka, Keith Alexander
Probation Officer:
Interpreter:
Defendant: by Steve Bispkupic, Nicole Masnica, Jason Luczak

---

Defense will not be taking an interlocutory appeal. Court indicates issue will not be waived.
Court sets case for jury selection on 12/11/25 and 12/12/25 @ 9:00, and trial commencing on 12/15/25 @ 9:00. Court makes speedy trial finding.
Court sets deadline of 11/7/25 for jury instructions, motions in limine, and related filings; responses due 11/14/25.
Court sets final pre-trial on 11/26/25 @ 10:00.
Court will issue decision on jury questionnaire issue.