# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    Plaintiff,

  v.                                                Case No. 25-CR-89

**HANNAH C. DUGAN**
    Defendant.

## SCHEDULING ORDER

**IT IS ORDERED** that this matter scheduled for in court hearing on **Wednesday, September 17, 2025, at 10:00 a.m.**

Dated at Milwaukee, Wisconsin, this 11th day of September, 2025.

                                  /s/ Lynn Adelman
                                  LYNN ADELMAN
                                  District Judge