**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**Hon. Lynn Adelman, presiding**

## COURT MINUTES

| | |
|---|---|
| Date: 9/17/25 | Dep. Clerk: JD |
| Case No. 25-CR-89 | Ct. Rep: Jen |
| United States v. Hannah Dugan | Time Called: 10:02 |
| Proceeding: status (in court hearing) | Time Concl: 10:25 |

United States by: Rick Frohling, Kelly Watzka, Keith Alexander
Probation Officer:
Interpreter:
Defendant: by Steve Bispkupic, Nicole Masnica, Jason Luczak

---

Parties discuss contents of jury questionnaire.
Parties agree questionnaires should be returned in 30 days, disclosed to counsel.
Court sets case for hearing on 11/6/25 @ 10:00.