UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                         Plaintiff,

v.                                                    Case No. 25-CR-89

HANNAH C. DUGAN

                         Defendants.

## CERTIFICATE OF SERVICE

      I hereby certify that on November 12, 2025, the government electronically filed two (2) submissions regarding juror challenges with the Clerk of the Court using the ECF system. Copies of these submissions have been served upon counsel for defendant.

      Dated at Milwaukee, Wisconsin, this 12th day of November, 2025.

                                   /s/ Richard G. Frohling
                                  Acting United States Attorney
                                  State Bar No.: 1021952
                                  Email: richard.frohling@usdoj.gov

                                  /s/ Keith Alexander
                                  Criminal Division Chief
                                  State Bar No.: 1053000
                                  Email: keith.alexander@usdoj.gov

                                  /s/ Kelly B. Watzka
                                  Deputy Criminal Division Chief
                                  State Bar No.: 1023186
                                  Email: kelly.watzka@usdoj.gov