UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.                        Case No. 25-CR-0089-LA

HANNAH C. DUGAN,

    *Defendant.*

## DEFENDANT'S RESPONSE TO GOVERNMENT'S PROPOSED JURY INSTRUCTONS

Judge Dugan submits this response to the government's proposed jury instructions. ECF 55. At this time, she has no objection to instructions 1.01, 1.02, 1.03, 2.01, 2.02, 2.03, 2.04, 2.05, 3.01, 3.02, 3.16, 3.17, 3.18, 4.06, 4.08, 4.10, 7.01, 7.02, or 7.03. Judge Dugan, however, objects, at least for now, to the other instructions.

***3.14.*** The government submitted a modified pattern instruction regarding the use of recorded conversations, transcripts, and headphones. Judge Dugan objects to this instruction and requests that the Court withhold its consideration of it. Judge Dugan moved in limine for an order requiring the government to produce its transcripts of audio recordings. She requests that the motion be resolved before a decision is made on this instruction. She also would like clarity on how exactly the government intends to use headphones at trial.

***4.05.*** Judge Dugan objects to this instruction. The government has provided no information, either in the indictment or in discovery, that Judge Dugan allegedly committed

a crime on any day other than April 18, 2025. This instruction will confuse and mislead the jury.

*5.05 & 5.06.* The government submitted "joint venture" and "aiding and abetting." ECF 55 at 17–18. The indictment does not allege 18 U.S.C. § 2. Judge Dugan objects to these instructions and requests that the Court withhold its consideration of them.

*18 U.S.C. § 1071.* Judge Dugan objects to the government's instruction related to Count 1. ECF 55 at 21–22. She incorporates here her proposed instructions related to Count 1, which the Court should instead use. ECF 57 at 3–10.

*18 U.S.C. § 1505.* Judge Dugan objects to the government's instruction related to Count 2. ECF 55 at 23–26. She incorporates here her proposed instructions related to Count 2, which the Court should instead use. ECF 57 at 11–30.

Finally, Judge Dugan reserves her right to object to jury instructions at the jury instruction conference, after the close of evidence. FED. R. CRIM. P. 30.

Dated at Madison, Wisconsin, November 14, 2025.

Respectfully submitted,

HON. HANNAH C. DUGAN, *Defendant*

*s/ R. Rick Resch*
John H. Bradley
Wisconsin Bar No. 1053124
R. Rick Resch
Wisconsin Bar No. 1117722
William E. Grau
Wisconsin Bar No. 1117724
Dean A. Strang
Wisconsin Bar No. 1009868

STRANG BRADLEY, LLC
613 Williamson Street, Suite 204
Madison, Wisconsin 53703
(608) 535-1550
john@strangbradley.com
rick@strangbradley.com
william@strangbradley.com
dean@strangbradley.com

                                       *s/ Steven M. Biskupic*
                                       Steven M. Biskupic
                                       Wisconsin Bar No. 1018217

STEVEN BISKUPIC LAW OFFICE, LLC
P.O. Box 456
Thiensville, Wisconsin 53092
bisklaw@outlook.com

                                       *s/ Jason D. Luczak, Nicole M. Masnica*
                                       Jason D. Luczak
                                       Wisconsin Bar No. 1070883
                                       Nicole M. Masnica
                                       Wisconsin Bar No. 1079819

GIMBEL, REILLY, GUERIN & BROWN LLP
330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
(414) 271-1440
jluczak@grgblaw.com
nmasnica@grgblaw.com