# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
## Hon. Lynn Adelman, presiding

## COURT MINUTES

| | |
|---|---|
| Date: 11/26/25 | Dep. Clerk: JD |
| Case No. 25-CR-89 | Ct. Rep: Sue |
| United States v. Hannah Dugan | Time Called: 10:01 |
| Proceeding: final pre-trial | Time Concl: 10:44 |

United States by: Rick Frohling, Kelly Watzka, Keith Alexander
Probation Officer:
Interpreter:
Defendant: Hannah Dugan, in person, and by Steve Bispkupic, Nicole Masnica, Jason Luczak

---

Courts strikes the 34 prospective jurors agreed by the parties.
Court agrees supplemental questionnaire be filled out when the other jurors arrive.
Parties to confer re: the other 50, submit something by Wednesday, 12/3.
Court will examine the disputed jurors in person.

Government anticipates 25-28 witnesses.
Defense may file motion re: recordings/transcripts by end of business on Tuesday, 12/2.

Court addresses defense expert issue.

Court indicates jurors will be provided lunch.

Court does not set another hearing at this time.