# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                           **Case No. 25-CR-89**

**HANNAH C. DUGAN**
    **Defendant.**

## ORDER

Pursuant to Guide to Judiciary Policy § 365.60.20(a)(1),

**IT IS ORDERED** that potential jurors be partially sequestered during jury selection on December 11 and 12, 2025, and the selected jurors be partially sequestered during the trial set to commence on December 15, 2025, and that lunch be provided. The unique considerations associated with this trial and the lack of a courthouse cafeteria are compelling reasons for providing lunch. The expenditure clearly benefits the bench and the bar by providing a safe, efficient means of allowing (prospective) jurors to eat lunch that would otherwise require excessive time.

Dated at Milwaukee, Wisconsin, this 26th day of November, 2025.

                                            /s/ Lynn Adelman
                                            LYNN ADELMAN
                                            District Judge