# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                        **Case No. 25-CR-89**

**HANNAH C. DUGAN**
    **Defendant.**

## ORDER

At the final pre-trial, the parties were instructed to confer and provide a list of prospective jurors from the supplemental batch of 50 that should be struck or excused for cause. The parties have provided under seal a list of 10 prospective jurors they agree should be excused (R. 79), as well as a list of 10 others over which they disagree (R. 80, 81). Consistent with my previous ruling, I will strike the 10 agreed upon prospective jurors and take no action on the others until individual voir dire is conducted. As also discussed at the final pre-trial, the remaining prospective jurors from the supplemental batch will be on-call for Friday, December 12, 2025.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin, this 3rd day of December, 2025.

                                        /s/ Lynn Adelman
                                        LYNN ADELMAN
                                        District Judge