# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                                            **Case No. 25-CR-89**

**HANNAH C. DUGAN**
    **Defendant.**

## ORDER

**IT IS ORDERED** that the two additional prospective jurors from the supplemental batch identified by the parties (R. 83) be excused.

Dated at Milwaukee, Wisconsin, this 10th day of December, 2025.

                                          /s/ Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge