My name is Hannah Hilyard and on behalf of WISN 12 News, I would like to request the jury list of the Hannah Dugan trial (case # 2:25-cr-89 LA) at the finality of the verdict/case.

Thank you,

*[signature]*

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2025 DEC 18 A 11:14
CLERK OF COURT