# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
Hon. Lynn Adelman, presiding

## COURT MINUTES

| | |
|---|---|
| Date: 12/11/25 | Dep. Clerk: JD |
| Case No. 25-CR-89 | Ct. Rep: Jen |
| United States v. Hannah Dugan | Time Called: 9:18 |
| Proceeding: jury selection | Time Concl: 3:25 |

United States by: Rick Frohling, Kelly Watzka, Keith Alexander
Probation Officer:
Interpreter:
Defendant: Hannah Dugan, in person, and by Steve Bispkupic, Nicole Masnica, Jason Luczak

---

Jury panel in court @ 9:30. Jurors sworn.
Voir dire of venire @ 9:36.
In chambers @ 10:02.
Government requests additional question.
In court @ 10:13. Court asks question.
In chambers @ 10:18. Court conducts individual voir dire of jurors.
Court strikes/excuses 1, 10, 11, 12, 21, 26, and 36.
In court @ 12:19. Lunch break. Selection to resume @ 1:15.
In court @ 1:35.
Media counsel makes appearance.
Court makes ruling.
Jury in court @ 1:42.
Court asks question.
In chambers @ 1:45. Court conducts individual voir dire of jurors.
Court strikes/excuses 32.
In court @ 2:26. Court updates panel.
In court @ 2:59.
Court reads preliminary instructions while lawyers make strikes.
List of jurors selected read: 2, 3, 4, 7, 8, 16, 19, 25, 29, 30, 33, 35, 37, 40. Sworn @ 3:20.
Panel excused, court adjourns @ 3:25.
Trial to commence Monday @ 9:00.