# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
### Hon. Lynn Adelman, presiding

## COURT MINUTES

| | |
|---|---|
| Date: 12/15/25 | Dep. Clerk: JD |
| Case No. 25-CR-89 | Ct. Rep: Jen |
| United States v. Hannah Dugan | Time Called: 9:07 |
| Proceeding: jury trial - day 1 | Time Concl: 4:55 |

United States by: Rick Frohling, Kelly Watzka, Keith Alexander
Probation Officer:
Interpreter:
Defendant: Hannah Dugan, in person, and by Steve Bispkupic, Nicole Masnica, Jason Luczak

---

Case called @ 9:07.
Court excuses sick juror.
Without objection, court admits ex. 1-39, 42, 43, 46A-F, 50-60 (including lettered sub-exhibits).
Jury in court @ 9:11
Government opening @ 9:13.
Defense opening @ 10:02.
Break @ 10:26.
Government calls Erin Lucker @ 10:42.
Ex. 42A, 43A provided to jury. Court gives limiting instruction.
Lunch break @ 12:10.
Direct of Lucker continued @ 1:01.
Ex. 42B played.
Ex. 44 admitted.
In chambers @ 1:43. Court overrules objection.
In court @ 1:45.
Ex. 48 admitted.
Cross @ 2:02.
Ex. 216, 217 admitted.
Redirect @ 2:53.
Break @ 2:58.
Government calls Anthony Nimtz @ 3:15.
Ex. 45 admitted.
Ex. 47 published as demonstrative.
Cross @ 3:58.
Ex. 393 published.
Redirect @ 4:11.
Government calls Jeffrey Baker @ 4:16.
Break for day @ 4:53.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
## Hon. Lynn Adelman, presiding

## COURT MINUTES

| | |
|---|---|
| Date: 12/16/25 | Dep. Clerk: JD |
| Case No. 25-CR-89 | Ct. Rep: Jen |
| United States v. Hannah Dugan | Time Called: 9:00 |
| Proceeding: jury trial - day 2 | Time Concl: 4:26 |

United States by: Rick Frohling, Kelly Watzka, Keith Alexander
Probation Officer:
Interpreter:
Defendant: Hannah Dugan, in person, and by Steve Bispkupic, Nicole Masnica, Jason Luczak

---

Cross of Baker @ 9:01.
Redirect @ 9:36.
Government calls Phillip Jackling @ 9:40.
Cross @ 10:02.
Ex. 329 admitted.
Redirect @ 10:18.
Re-cross @ 10:23.
Break @ 10:23.
Government calls Joseph Zuraw @ 10:40.
Cross @ 11:14.
Redirect @ 11:24.
Government calls Joseph Vasconcellos @ 11:27.
Lunch @ 12:04.
Direct of Vasconcellos continued @ 12:53.
Cross @ 1:00.
Ex. 333 admitted.
Redirect @ 1:21.
Government calls Kristela Cervera @ 1:24.
Cross @ 2:10.
Redirect @ 2:17.
Re-cross @ 2:19,
Re-redirect @ 2:20.
Government calls David DeSmet @ 2:20.
In chambers @ 2:40.
In court @ 2:42.
Cross @ 2:43.
Redirect @ 2:52.
Re-cross @ 2:53.

Break @ 2:54.
Government calls Cassandra Kubiszewski @ 3:12.
In chambers @ 3:22.
In court @ 3:26.
Cross @ 3:32.
Government calls Bryan Ayers @ 3:33.
Cross @ 3:56.
Redirect @ 4:04.
Re-cross @ 4:05.
Government calls Nile Hendrix-Whitmore @ 4:06.
In chambers @ 4:08.
In court @ 4:10.
Cross @ 4:21.
Redirect @ 4:24.
Court breaks for day @ 4:26.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
Hon. Lynn Adelman, presiding

## COURT MINUTES

| | |
|---|---|
| Date: 12/17/25 | Dep. Clerk: JD |
| Case No. 25-CR-89 | Ct. Rep: Jen |
| United States v. Hannah Dugan | Time Called: 9:02 |
| Proceeding: jury trial - day 3 | Time Concl: 2:45 |

United States by: Rick Frohling, Kelly Watzka, Keith Alexander
Probation Officer:
Interpreter:
Defendant: Hannah Dugan, in person, and by Steve Bispkupic, Nicole Masnica, Jason Luczak

---

Government calls Stephanie Garbo @ 9:02.
Cross @ 9:14.
Ex. 348 admitted.
Redirect @ 9:16.
Re-cross @ 9:17.
Re-redirect @ 9:18.
Government calls Carl Ashley @ 9:18.
Cross @ 9:53.
Ex. 208, 201, 204 admitted
Redirect @ 10:06.
Re-cross @ 10:08.
Government calls Melissa Buss @ 10:09.
Break @ 10:23.
Cross of Buss @ 10:38.
Ex. 402 admitted.
Redirect @ 10:53.
Re-cross @ 10:56.
Government calls Alan Freed @ 10:57.
Cross @ 11:36.
Ex. 1004B, 1004A played.
Ex. 1005, 1006 published, demonstrative.
Redirect @ 11:53.
Re-cross @ 11:54.
Lunch break @ 11:56.
Government calls Brittney Ewing @ 12:45.
Cross @ 12:57.
Government calls Mercedes de la Rosa @ 12:59.
Cross @ 1:29.

Ex. 1008 displayed.
Ex. 221 published.
Redirect @ 1:39.
Government calls Walter Piel @ 1:41.
Cross @ 1:57.
Government calls Joan Butz.
Break @ 2:01.
Butz direct @ 2:15.
Ex. 12 admitted.
Cross @ 2:40.
Redirect @ 2:42.
Government rests @ 2:42.
Jury dismissed for day @ 2:43.
Defense moves under Rule 29.
Court takes under advisement.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
## Hon. Lynn Adelman, presiding

## COURT MINUTES

| | |
|---|---|
| Date: 12/18/25 | Dep. Clerk: JD |
| Case No. 25-CR-89 | Ct. Rep: Jen |
| United States v. Hannah Dugan | Time Called: 9:05 |
| Proceeding: jury trial - day 4 | Time Concl: 8:42 |

United States by: Rick Frohling, Kelly Watzka, Keith Alexander
Probation Officer:
Interpreter:
Defendant: Hannah Dugan, in person, and by Steve Bispkupic, Nicole Masnica, Jason Luczak

---

Defense calls Katie Kegel @ 9:06.
Ex. 202 admitted.
Cross @ 9:12.
Defense calls Laura Gramling-Perez @ 9:15.
Ex. 210 admitted.
Cross @ 9:28.
Defense calls Maura Gingerich @ 9:41.
Cross @ 9:44.
Redirect @ 9:48.
Defense calls Tom Barrett @ 9:48.
Cross @ 9:52.
Defense rests @ 9:53.
Break for jury @ 9:53.
Defendant will not testify.
Court takes Rule 29 motion under advisement.
Break for counsel.
In court @ 11:45.
Government closing @ 11:47.
Defense closing @ 12:31.
Government rebuttal @ 1:27.
Court instructs jury @ 2:00.
Court swears CSOs @ 2:22.
Court excuses alternate @ 2:23.
Jury retires to deliberate @ 2:24.
Defense renews objections to jury instructions and Rule 29 motion.
On the record @ 3:48. Jury has question. Parties agree on response. Court sends in response, thumb drives with exhibits, and transcripts.
On the record @ 4:40 re: jury question. Parties make arguments. Court sends in response @ 5:20.

On the record @ 5:38. Jury ordering dinner.
On the record @ 6:49 re: jury question. Parties make arguments. Court sends in response @ 7:30.
On the record @ 8:35. Jury has verdict.
Jury in court @ 8:36.
Court publishes the verdict @ 8:37: not guilty on count 1, guilty on count 2.
No request to poll.
Jury discharged @ 8:39.
Defense may file motion by 1/30/26; government response due 2/20/26; defense reply due 3/6/26.
Court does not set further date at this time.