UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
    Plaintiff,

v.                              Case No. 25-CR-89

HANNAH C. DUGAN,
    Defendant.

## JURY VERDICT

**COUNT ONE:**

We, the jury, find the defendant, Hannah C. Dugan,

__NOT GUILTY__ of the offense charged in the indictment, in violation of Title
[guilty *or* not guilty]

18, United States Code, Section 1071.

**COUNT TWO:**

We, the jury, find the defendant, Hannah C. Dugan,

__GUILTY__ of the offense charged in the indictment, in violation of Title
[guilty *or* not guilty]

18, United States Code, Section 1505.

Dated at Milwaukee, Wisconsin, this __18TH__ day of December, 2025.