UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *v.*                                                           Case No. 25-CR-0089-LA

HANNAH C. DUGAN,

    *Defendant.*

_____

## DEFENDANT'S MOTION FOR LEAVE TO FILE OVERSIZED COMBINED MOTIONS AND SUPPORTING AUTHORITIES

_____

Hannah C. Dugan, by counsel, moves the Court for an order allowing her to file a single document with combined motions under FED. R. CRIM. P. 29(c) and 33, and supporting authorities, that exceeds 30 pages.

The Court's Pretrial Order set a 30-page limit for memoranda supporting pretrial motions by incorporating CIVIL L.R. 7(f) (E.D. Wis.). Ms. Dugan respectfully requests that the Court grant her leave to file the two motions with authority and argument supporting them. Collectively, these warrant more than 30 pages. She has no objection to a similar waiver of the 30-page limit for the government response.

The defense does not file a memorandum in support of this motion.

Dated at Madison, Wisconsin, January 30, 2026.

Respectfully submitted,

HANNAH C. DUGAN, *Defendant*

 *s/ Dean A. Strang*
Dean A. Strang
 Wisconsin Bar No. 1009868

STRANG BRADLEY, LLC
613 Williamson Street., Suite 204
Madison, Wisconsin 53703
[608] 535-1550
john@strangbradley.com
rick@strangbradley.com
william@strangbradley.com
dean@strangbradley.com

Steven M. Biskupic
 Wisconsin Bar No. 1018217
STEVEN BISKUPIC LAW OFFICE, LLC
P.O. Box 456
Thiensville, Wisconsin 53092
bisklaw@outlook.com

Jason D. Luczak
 Wisconsin Bar No. 1070883
Nicole M. Masnica
 Wisconsin Bar No. 1079819
GIMBEL, REILLY, GUERIN & BROWN LLP
330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
[414] 271-1440
jluczak@grgblaw.com
nmasnica@grgblaw.com