UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.                                                                      Case No. 25-CR-0089-LA

HANNAH C. DUGAN,

    *Defendant.*

### DEFENDANT'S MOTION FOR LEAVE TO FILE OVERSIZED REPLY BRIEF

Hannah C. Dugan, by counsel, moves the Court for an order allowing her to file a single brief in reply to her renewed motions for judgment of acquittal and for a new trial (ECF 109) that exceeds 15 pages.

The Court's Pretrial Order set a 15-page limit for reply briefs by incorporating CIVIL L.R. 7(f) (E.D. Wis.). Ms. Dugan respectfully requests that the Court grant her leave to file a combined reply brief to the Defendant's Renewed Motions for Judgment of Acquittal and for New Trial (ECF 109). Collectively, these warrant more than 15 pages.

The defense does not file a memorandum in support of this motion.

Dated at Madison, Wisconsin, March 4, 2026.

Respectfully submitted,

HANNAH C. DUGAN, *Defendant*

 *s/ Dean A. Strang*
Dean A. Strang
  Wisconsin Bar No. 1009868

STRANG BRADLEY, LLC
613 Williamson Street., Suite 204
Madison, Wisconsin  53703
[608] 535-1550
john@strangbradley.com
rick@strangbradley.com
william@strangbradley.com
dean@strangbradley.com


Steven M. Biskupic
  Wisconsin Bar No. 1018217
STEVEN BISKUPIC LAW OFFICE, LLC
P.O. Box 456
Thiensville, Wisconsin 53092
bisklaw@outlook.com


Jason D. Luczak
  Wisconsin Bar No.  1070883
Nicole M. Masnica
  Wisconsin Bar No. 1079819
GIMBEL, REILLY, GUERIN & BROWN LLP
330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
[414] 271-1440
jluczak@grgblaw.com
nmasnica@grgblaw.com