# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  **v.**             **Case No. 25-CR-89**

**HANNAH C. DUGAN**
     **Defendant.**

## SCHEDULING ORDER

  **IT IS ORDERED** that this matter is scheduled for sentencing on **Wednesday, June 3, 2026, at 10:00 a.m.**

  **IT IS FURTHER ORDERED** that the parties file any sentencing motions, memoranda, or other materials (such as letters) on or before **May 27, 2026**.

  Dated at Milwaukee, Wisconsin, this 9th day of April, 2026.

         /s/ Lynn Adelman
         LYNN ADELMAN
         District Judge