# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**
      **Plaintiff,**

   **v.**                                      **Case No. 25-CR-89**

**HANNAH C. DUGAN**
           **Defendant.**

---

## SCHEDULING ORDER

**IT IS ORDERED** that this matter is scheduled for oral argument on **Wednesday, June 3, 2026, at 10:00 a.m.** The sentencing set for that time is adjourned.

Dated at Milwaukee, Wisconsin, this 26th day of May, 2026.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge