**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

UNITED STATES OF AMERICA,

     Plaintiff,

  v.                           Case No.  2:25-Cr-89 LA

HANNAH C. DUGAN,

     Defendant.

---

NOTICE OF APPEAL

---

     Notice is hereby given that defendant Hannah Dugan hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this case on July 8, 2026 (Dkt. 136).

     Dated this 9th day of July, 2026.

> By:  /s/ Steven M. Biskupic
> Steven M. Biskupic
> SBN 1018217
> Steven Biskupic Law Office LLC
> P.O. Box 456
> Thiensville, WI 53092
> bisklaw@outlook.com
> 414-828-7233
>
> *Counsel for Defendant Hannah Dugan*