UNITED STATES OF AMERICA,

      Plaintiff,

  v.                              Case No.  2:25-Cr-89 LA

HANNAH C. DUGAN,

      Defendant.

## DOCKETING STATEMENT

      Defendant Hannah Dugan, by her undersigned counsel, hereby respectfully provides this docketing statement in support of her direct appeal.

      1. This is an appeal of a federal criminal conviction and sentence. The district court had jurisdiction pursuant to 18 U.S.C. § 3231 and the underlying criminal statutes, 18 U.S.C. §§ 1071 and 1505.

      2. The judgment was entered on July 8, 2026. (Dkt. 136).

      3. The notice of appeal was filed with the district court on July 9.(Dkt. 138).

      4. The United States Court of Appeals for the Seventh Circuit has jurisdiction to decide the case pursuant to 28 U.S.C. § 1291, 18 U.S.C. § 3742, and Federal Rule of Appellate Procedure. 4.

Dated this 9th day of July, 2026.

By: /s/ Steven M. Biskupic
Steven M. Biskupic
SBN 1018217
Steven Biskupic Law Office LLC
P.O. Box 456
Thiensville, WI 53092
bisklaw@outlook.com
414-828-7233

*Counsel for Defendant Hannah Dugan*